UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


CHRIS A. PRESTENBACH                              CIVIL ACTION

VERSUS                                            NO: 08-4726

LOUISIANA STATE ET AL                             SECTION: J(1)

**ORDER**

Before the Court is Plaintiff's **Petition for Writ of Mandamus** (Rec. Doc. 1). Plaintiff brings his petition pro se, and as such, the Court has "liberally construed [his] briefs . . . and [has applied] less stringent standards" than it would to parties proceeding with representation of counsel. Grant v. Cuellar, 59 F.3d 523, 524 (5th Cir. 1995). Plaintiff is a pre-trial detainee pursuant to a March 27, 2008 order of the 22nd Judicial District court for the Parish of St. Tammany, State of Louisiana, under Louisiana Code of Criminal Procedure Section 648(A)(2)(a), committing him to the custody of the Department of Health and Hospitals until such time as he is able to competently stand trial for state charges of possession of a schedule II controlled substance (cocaine). The present petition primarily seeks an order directing the First Circuit Court of Appeal for the State of Louisiana to provide Plaintiff with a ruling on issues surrounding his pretrial commitment based on his mental incapacity to proceed to trial.

The Court construes Plaintiff's petition as a true request

for mandamus to direct the Louisiana state court to perform its duties as he wishes.  This federal court has no power to direct a state court or its judicial officers in the performance of their duties.  See Rhodes v. Keller, 77 Fed. Appx. 261 (5th Cir. 2003); Moye v. Clerk, Dekalb County Superior Court, 474 F. 2d 1275 (5th Cir. 1973).  Furthermore, to the extent that Plaintiff's petition may be construed as a petition for habeas corpus, the petition is premature under 28 U.S.C. §2254, as Plaintiff has not exhausted all avenues for relief in Louisiana's state courts.  Accordingly,

**IT IS ORDERED** that Plaintiffs' **Petition for Writ of Mandamus** (Rec. Doc. 1) is hereby **DENIED.**

New Orleans, Louisiana this 19th day of December, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2